◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MOORE, Appellant, v DAVID STALLONE, Superintendent, Cayuga Correctional Facility, Respondent. [54 NYS3d 349]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered May 8, 2015 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment dismissing his petition for a writ of habeas corpus. The appeal has been rendered moot by petitioner's release to parole supervision (*see People ex rel. Yourdon v Semrau*, 133 AD3d 1351, 1351 [2015]), and the exception to the mootness doctrine does not apply (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Centra, J.P., Peradotto, Carni, NeMoyer and Curran, JJ.